IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, | § § § | |
| Plaintiff | § § | |
| v. | § § | CASE N0. 3:16-cv-00469 DCG |
| GOLDEN GATE TRANSPORT, LLC, KAREL GALLART and SANDRA GALLART, | § § § § | |
| Defendants | § | |

**DEFENDANT UNITED SPECIALTY INSURANCE COMPANY'S
NOTICE OF RESOLUTION OF CASE**

TO THE COURT:

Defendant UNITED SPECIALTY INSURANCE COMPANY files this as its Notice of Resolution of Case. In support, USIC would show the Court as follows:

1. The Underlying Lawsuit has been resolved. As part of the resolution, this federal declaratory judgment action will be dismissed. USIC anticipates that all paperwork in the Underlying Lawsuit will be finalized within 30 days, and USIC will file dismissal paperwork in this Court before the end of 30 days.

Respectfully Submitted,

BY:   /s/George T. Jackson
George T. Jackson
Texas Bar No. 10466950
Fed. ID 15072
5615 Kirby Drive, Suite 900
Houston, TX  77005
(713)626-1555 Telephone
(713)622-8077 Telecopier
gjackson.atty@bushramirez.com
**of counsel BUSH & RAMIREZ, PLLC
ATTORNEY FOR PLAINTIFF
UNITED SPECIALTY INSURANCE COMPANY**

1

**CERTIFICATE OF SERVICE**

    I certify that a true and accurate copy of this Notice of Resolution of Case was served on all parties who have filed a responsive pleading in this case through the ECF service on January 20, 2017.

                                              */s/ George T. Jackson*
                                              George T. Jackson